UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Catherine Kuhn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12351-DRH |
| *Donna Rana Campbell v. Bayer Corporation, et al.* | No. 10-cv-10912-DRH |
| *Julie Schou v. Bayer Corporation, et al.* | No. 11-cv-10689-DRH |
| *Shelby Woodward v. Bayer Corporation, et al.* | No. 11-cv-12250-DRH |
| *Melissa Cullen v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11680-DRH |
| *Renee Day v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-13506-DRH |
| *Christine Dipaolo v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 13-cv-10171-DRH |
| *Chenita Dix, et al. v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-10507-DRH |
| *Erin Dolinksi v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11114-DRH |
| *Ethel Gillespie v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11292-DRH |
| *Sharon Gusman v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 13-cv-10059-DRH |
| *Julie Linahan Guttormson v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11448-DRH |

| | |
|---|---|
| *Julie Jabiro v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 13-cv-10627-DRH |
| *Laura Felicity Jackson v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-10749-DRH |
| *Judith S. Kanagy v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11147-DRH |
| *Julie Larsen v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 10-cv-12730-DRH |
| *Sarah Reeves-Ganados v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11689-DRH |
| *Corri Richardson v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11116-DRH |
| *Lisa Thorstenberg v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-13196-DRH |
| *Shirley Ulbrich v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 13-cv-10169-DRH |
| *Dina Vacho v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 11-cv-13040-DRH |
| *Sherry Wilson Altman v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 12-cv-11591-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 16, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
    **Deputy Clerk**

APPROVED:  David R. Herndon
2015.03.16
16:35:16 -05'00'
DISTRICT JUDGE
U. S. DISTRICT COURT

3